UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Farm Service Agency)<br><br>    Plaintiff<br><br>       v.<br><br>DANIEL AUGUSTO MALDONADO HERNANDEZ<br><br>    Defendant | CIVIL NO. 97-2558(DRD)<br><br>FORECLOSURE OF MORTGAGE |

## U.S.A'S MOTION REQUESTING CONTINUATION OF FORECLOSURE

TO THE HONORABLE COURT:

    COMES NOW the United States of America, through its undersigned attorneys, and most respectfully alleges and prays:

    1. That the three mandatory public sales of the property subject of this foreclosure action were held on May 12, 19, and 26, 2004.

    2. That all of the aforementioned public sales were declared vacant, since no one appeared to bid on subject property.

    3. That plaintiff wants to resume the execution of the judgment herein and wants this Honorable court to take notice of the above to grant leave to continue with the execution of the judgment.

USA v. Daniel Augusto Maldonado Hernandez
Civil No. 97-2358 (DRD)
Page 2

WHEREFORE, the United States of America, respectfully prays this Honorable Court to grant leave and issue a new writ of Execution.

In San Juan, Puerto Rico, this 11th day of August, 2004.

                                     H.S. GARCIA
                                     United States Attorney

                                     s/AGNES I. CORDERO
                                     AGNES I. CORDERO
                                     Assistant U.S. Attorney
                                     U.S.D.C. No. 126101
                                     Torre Chardón, Suite 1201
                                     350 Carlos Chardón Street
                                     San Juan, Puerto Rico 00918
                                     Agnes.Cordero@usdoj.gov
                                     Tel. No. (787) 766-5656
                                     Fax. No. (787) 766-6219