*Serve before 5/4/05*

| | |
|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See instructions for "Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CIVIL NO. 97-2558(DRD) |
|---|---|
| DEFENDANT<br>DANIEL AUGUSTO MALDONADO HERNANDEZ, ET AL. | TYPE OF PROCESS<br>NOTICE OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DANIEL A. MALDONADO HERNANDEZ
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
STATE ROAD #10 KM. 31.4 (GARAGE GULF), WARD SALTILLO, ADJUNTAS, PR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AGNES I. CORDERO
Assistant U. S. Attorney
Torre Chardón, Suite 1201
350 Carlos E. Chardón Street
San Juan, PR   00918
Attn:   Foreclosure Unit/GGB/ACR
Claim No. 1996v01624

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Jose Portalatin - Owner of Gas Station - Tel. 787-829-9762 (Res)
                                         Tel. 787-829-6157 (Gas St.)
Cesar Gonzalez - Owner of Land - Tel (787) 259-0987
PLEASE INITIAL NOTICE OF SALE AND HOLD PENDING SALE.  SERVE ONE
COPY TO CLERK, U.S. COURT AND TWO TO OUR OFFICE.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT
AGNES I. CORDERO
TELEPHONE NUMBER: (787) 766-5656
DATE: 1/10/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date: 3-28-05 |
|---|---|---|---|---|---|

I hereby certify and return that ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6-23-05   Time: 1:00 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy
Efrain Ortiz - Guard

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $225.00 | 63.18 | 4.65 | $292.83 | | |

REMARKS: Unable to locate Defendant; Talked to Jose Portalatin owner of Gas Station and to Cesar Gonzalez owner of land whom stated that defendant was incarcerate at an unknown prison.

PRIOR EDITIONS MAY BE USED   **PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00