UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Farm Service Agency)
    Plaintiff,

      v.

DANIEL AUGUSTO MALDONADO HERNANDEZ
    Defendant

CIVIL NO. 97-2558(DRD)

FORECLOSURE OF MORTGAGE

## MOTION REQUESTING CONFIRMATION OF SALE

COMES NOW United States of America, through its undersigned attorneys, and respectfully alleges and prays:

1)    That the third scheduled public sale of the property subject of this foreclosure was held on May 25, 2005.

2)    That on said third scheduled public sale the amount of $42,700.00 served as the minimum bid.

3)    That on said sale, Rafael Santiago, on behalf of plaintiff, appeared and offered the amount of $42,700.00 as bid.

4)    This being the highest bid received the sale was awarded to 45,000.00.

5) We are hereby attaching copies of the following documents:

a.    Affidavit of Publication;
b.    Marshal's Return of Sale;
c.    Auction Record.

United States v. Daniel Augusto Maldonado Hernandez, et al.
Civil No. 97-2558(DRD)
Page 2

WHEREFORE, the United States of America respectfully requests

from this Honorable Court the confirmation of the sale.

In San Juan, Puerto Rico, this 15th day of June, 2006.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney


s/JOSE M. PIZARRO ZAYAS
JOSE M. PIZARRO ZAYAS - USDC 116905
Assistant U.S. Attorney
AGNES I. CORDERO - USDC 126101
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
Jose.Pizarro@usdoj.gov