UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff,<br><br>v.<br><br>DANIEL AUGUSTO MALDONADO HERNANDEZ<br>    Defendants | CIVIL NO. 97-2558(DRD)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER CONFIRMATION OF SALE

The sale of the property subject of this action on May 25, 2005, and awarded to Rafael Santiago, is hereby confirmed.

In San Juan, Puerto Rico, this \_\_\_\_ day of _____, 2006.

_____
United States District Judge