# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CIVIL NUNO. 97-2558 (DRD)

**UNITED STATES OF AMERICA**

**(FARMER SERVICE AGENCY)**

**VS.**

**DANIEL AUGUSTO MALDONADO HERNANDEZ**

**FORECLOSURE OF MORTGAGE**

# AFFIDAVIT

I, Marilisa Román, of legal age, married, employee and resident of Bayamón, Puerto Rico, do solemnly swear:

That my name is the above mentioned and my personal circumstances are those as stated. That I am an Employee, of "EL NUEVO DIA", newspaper of General Circulation in the Island of Puerto Rico, and that position in Advertising and Legal Notice Department Supervisor and I am in charge of the advertisement.

I also declare that in the edition of this newspaper corresponding

**APRIL 6, 13, 20 & 27, 2005**

an advertisement was published that deals with the following:

**HERMAN J. WIRSHING, U. S. MARSHAL, BY: ROBERTO SCHIMIDT, LEGAL TECHNICIAN**

In witness whereof and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this _____ day of **MAY 0 9 2005**, 20____.

Affidavit No. _47, 010_

Acknowledged and sworn to before me by Marilisa Román and resident of Bayamón, Puerto Rico, whom I know personally.0000

Guaynabo, P.R. **MAY 0 9 2005** 19__

NOTARY PUBLIC

