# United States Marshal's Service
(Sale of government property to private)

Case no.: CV: 97-2558 (DRD)

I, __Daniel Cruz__, a duly sworn and authorized Deputy U.S. Marshal, does hereby certify and state, that I offered for sale in Public Auction, the property described in the Order/Notice of Sale or Writ of execution attached hereto and made part of this return as ordered by the United States District Court.

Also, that said Notice of Sale was published as required and is supported by the accompanying Affidavit of Publication. Further, that the sale began at the hour of __11:00pm__ on the __25th__ day of __May__, 2005; when I offered for sale said property in Public Auction and that I received from Mr. __Rafael Santiago__, in representation of __Himself__, the amount of $ __45,000.00__. Such amount was offered as the highest bid and that being the highest bid received, the sale was awarded to him.

Marshal's fees, indicated below, will be deducted from the case deposit on hand or the proceeds of the sale, whichever is deemed appropriate, after confirmed by the Court.

### MARSHAL'S FEES

| | |
|---|---|
| 3% OF 1ST $1,000.00 | $ 30.00 |
| 1 ½ % OF REMAINING BALANCE | $ 660.00 |
| EXECUTION OF SALE FEE | $ 405.00 |
| TOTAL MILEAGE (INCLUDING ENDEAVORS) @ $0.405 | $ 157.95 |
| TOLLS (INCLUDING ENDEAVORS) | $ 12.30 |
| OTHER EXPENSES | $ 992.86 |
| TOTAL... | $ 2,258.11 |

This at San Juan,
Puerto Rico on __May 25, 2005__

HERMAN J WIRSHING
United States Marshal

By: _____
Deputy U.S. Marshal