# UNITED STATES MARSHALS SERVICE
*JUDICIAL DISTRICT OF PUERTO RICO*

## JUDICIAL SALE - AUCTION RECORD

Case Title: USA v. Daniel Maldonado  
Date:(M/D/Y) 5/25/2005  
At: Utuado, PR  
Notice of sale: ☐ Read   ☐ Reading waived  

Number: Civil: 97-2558  
Time: ☑ 11:00 AM ☐ 2:00 PM  
Sale: (1st) (2nd) (3rd)  
Page 1 of 2

### RECORD OF ATTENDANCE

| # | Name (Printed) | Signature | Telephone | Address |
|---|---|---|---|---|
| 1) | Rafael Santiago | [signature] | 829-0081 | B17 Los Cauos Adjuntas PR |
| 2) | Carlos Olga | [signature] | 829-0331 | Orocovis P.R. San Juan |
| 3) | Hector F. Quiles | [signature] | 829-2030 | Bo Pasul Guz Adjuntas PR 00601 |
| 4) | | | | |
| 5) | | | | |
| 6) | | | | |
| 7) | | | | |
| 8) | | | | |
| 9) | | | | |
| 10) | | | | |

*RECEIVED & FILED 05 AUG -9 AM 9:20 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

**Record of Bidding**                               Minimum Bid: $ 42,700.00

(1) $ 42,700.00    (2) $ 43,300.00    (1) $ 43,800.00    (2) $ 44,300.00  
(2) $ 42,800.00    (1) $ 43,400.00    (2) $ 43,900.00    (1) $ 44,400.00  
(1) $ 42,900.00    (2) $ 43,500.00    (1) $ 44,000.00    (2) $ 44,500.00  
(2) $ 43,000.00    (1) $ 43,600.00    (2) $ 44,100.00    (1) $ 44,600.00  
(1) $ 43,200.00    (2) $ 43,700.00    (1) $ 44,200.00    (2) $ 44,700.00  

Highest Bid Received: $ 45,000.00   By: Rafael Santiago

### Marshal's Expenses

| | | |
|---|---|---|
| Service Fee | $45@hourly | $135.00 |
| Mileage | $0.405@mile | $52.65 |
| Tolls | (Agua$4.80) (Aib$) (Are$4.10) (Gua $) (Hum$1.00) (May$4.80) (Pon $4.65) (Utu$4.10) | $4.10 |
| Other | Parking, etc. | — |
| Total | | $191.75 |

By: [signature]  
Deputy U.S. Marshal

# UNITED STATES MARSHALS SERVICE
*JUDICIAL DISTRICT OF PUERTO RICO*

## JUDICIAL SALE - AUCTION RECORD
### CONTINUATION SHEET

Case Title: USA v. Daniel Maldonado

Number: Civil: 97-2558

Date:(M/D/Y) 5/25/2005

Time: 1100

Page 2 of 2

**Record of Bidding**

(1) $ 44,800.00
(2) $ 44,900.00
(1) $ 45,000.00
(2) $ out
(3) $ out

RECEIVED & FILED
05 AUG -9 AM 9:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

By: _____
Deputy U.S. Marshal