UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br><br>    Plaintiff<br><br>         v.<br><br>DANIEL AUGUSTO MALDONADO HERNANDEZ,<br><br>    Defendant. | CIVIL NO. 97-2558(DRD)<br><br>FORECLOSURE OF MORTGAGE |

ORDER FOR CONFIRMATION OF SALE

The sale of the property subject of this action on May 25, 2005, and awarded to Rafael Santiago, is hereby confirmed.

In San Juan, Puerto Rico, this 15th day of June 2006.

                              s/ Daniel R. Domínguez
                              DANIEL R. DOMINGUEZ
                              U.S. District Judge