UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff<br><br>v.<br><br>Daniel Augusto Maldonado Hernandez<br>    Defendant | CIVIL NO. 97-2558(DRD)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION FOR DISBURSEMENT OF FUNDS**

TO THE HONORABLE COURT:

COMES NOW Plaintiff, United States of America, by its undersigned attorneys and alleges and requests:

1. That on May 25, 2005 the mortgaged real property at Barrio Portillo, Adjuntas, Puerto Rico, was sold at public auction to Rafael Santiago for $45,000.00.

2. Said property is fully described in paragraph 4 of the Complaint filed by the Plaintiff in this action.

3. The legal fees incurred by Rural Development in this is the amount of $2,075.40.

4. That as of the date of the sale, on the first loan the balance owed to Plaintiff is in the principal sum of $26,726.99, plus interest in the sum of $55,747.86, for a total balance of $82,474.85. The statement of account of May 25, 2005, that is herein attached as **Exhibit "A"** excludes the legal fees of $2,075.40 which added, increases the total balance owed to $84.550.25.

United States v. Daniel Augusto Maldonado Hernandez
Civil No. 97-2258(DRD)
Page 2

On the second loan the balance owed to Plaintiff is in the principal sum of $33,375.60 plus interest in the sum of $73,040.69 for a total balance of $106,416.29. The total balance owed to Plaintiff is $190.966.54.

5. The total fees for effecting said sale amount to $2,258.11 amount retained by United States Marsha Service, leaving a balance of $42,741,89 of which amount $42,741.89 should be disbursed to the U.S. Department of Justice.

WHEREFORE, it is respectfully requested from this Honorable Court to order the issuance of a check for $42,741.89 payable to the U.S. Department of Justice.

In San Juan, Puerto Rico, this 8th day of August, 2006.

ROSA EMILA RODRÍGUEZ-VÉLEZ
United States Attorney

s/AGNES I. CORDERO
AGNES I. CORDERO - USDC 126101
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
Agnes.Cordero@usdoj.gov