UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff<br><br>v<br><br>DANIEL AUGUSTO MALDONADO HERNANDEZ<br>    Defendant | CIVIL NO. 97-2558(DRD)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER FOR DISBURSEMENT OF FUNDS

WHEREAS the amount owed to plaintiff related to the sale of the real property at Barrio Portillo, Adjuntas, Puerto Rico, on the first loan the balance owed to Plaintiff is in the principal sum of $26,726.99, plus interest in the sum of $55,747.86, for a total balance of $82,474.85. The statement of account of May 25, 2005, that is herein attached as **Exhibit "A"** excludes the legal fees of $2,075.40 which added, increases the total balance owed to $84.550.25.

On the second loan the balance owed to Plaintiff is in the principal sum of $33,375.60 plus interest in the sum of $73,040.69 for a total balance of $106,416.29. The total balance owed to Plaintiff is $190,966.54.

WHEREAS the auctioned property was sold for $45,000.00, and deducting the United States Marshal Service fees, the amount of $42,741.89, shall be disbursed to the United States Department of Justice.

United States v. Daniel Augusto Maldonado Hernandez
Civil No. 97-2258(DRD)
Page 2

    THEREFORE, the Clerk of the U.S. District Court shall issue a check for $42,741.89 to the order of the U.S. Department of Justice.

    In San Juan, Puerto Rico, this \_\_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE