UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Borrower: **Daniel Augusto Maldonado Hernández**    Case No.: **63-035-0583292638**

*VERIFICATION*

I, José L. Burgos, of legal age, married, a resident of Arroyo, Puerto Rico, in my official capacity as Farm Loan Specialist of the *Farm Service Agency*, United States Department of Agriculture, state that:

- As such, I am familiar with the loan given to the borrower.

- As of **May 25, 2005**, borrower's indebtedness as shown in the following Statement of Account, prepared according to information provided by the Finance Office, *Farm Service Agency*, formerly, Farmers Home Administration, United States Department of Agriculture.

*CERTIFICATION*

| Borrower's Name: Daniel Augusto Maldonado Hernández |||||||| 
|---|---|---|---|---|---|---|---|
| Case Number: 63-035-0583292638 ||||||||
| Loan Number | Date of Last Payment | Principal Balance | Unpaid Interest | Total Balance | Daily Interest Accrual | Total Amount Delinquent | Number of Years Delinquent |
| 41-01 | 03/11/87 | $26,726.99 | $55,747.86 | $82,474.85 | 7.8717 | $53,937.00 | 19 |
| 29-03 | 03/11/87 | $33,375.60 | $73,040.69 | $106,416.29 | 9.8298 | $7,000.00 | 18 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

*[signature]*
José L. Burgos
Farm Loan Specialist
June 2, 2005

EXHIBIT "A"